IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LLIN SCUDDER and husband<br>JEFFERSON SCUDDER, JR.,<br><br>    Plaintiffs,<br><br>v.<br><br>TYROID K. GOOD and U-HAUL CO.<br>OF ARIZONA,<br><br>    Defendants. | Case No. 3:09-cv-290<br>Magistrate Bryant<br>Judge Nixon<br>(JURY DEMAND) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and as evidenced by the signatures of counsel for the parties below, the parties hereby stipulate to the dismissal of this action with prejudice. The parties further stipulate and agree as follows:

That the Plaintiffs will satisfy all subrogation interests, if any, and that pursuant to T.C.A. § 71-5-117(g), Plaintiff's counsel, by his signature hereto, hereby advises and represents that there is no subrogation interest of the State of Tennessee or other entity acting pursuant to T.C.A. § 71-5-117(f) in this case;

That the parties shall bear their own discretionary costs; and

That any court costs which may be due and owing to this Court or the Circuit Court of Montgomery County, Tennessee, if any, shall be paid by the Plaintiffs.

The parties request the entry of an order dismissing this action with prejudice in accordance with the agreement set forth above.

1

APPROVED FOR ENTRY:

PARKER, LAWRENCE, CANTRELL & DEAN

_/s/ L. Marshall Albritton_
L. Marshall Albritton (13515)
200 Fourth Avenue
Nashville, Tennessee
Phone: (615) 255-7500
Fax No.: (615) 242-1515
malbritton@plcd.com
*Attorneys for Defendant U-Haul Co. of Arizona*

So Ordered
[signature]

BRYAN CAVE, LLP

_/s/ LeeAnn Jones_
LeeAnn Jones (402440)
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309-3488
*Attorneys for Defendant U-Haul Co. of Arizona*

BATSON, NOLAN, PEARSON, MILLER & JOINER

_/s/ Philip M. Mize_
Philip M. Mize, Esq. (22198)
121 South Third Street
PO Box O
Clarksville, TN 37040
*Attorney for Defendant Tyroid Good*

OLSON & WALLACE PC

_/s/ Peter M. Olson_
Peter M. Olson, Esq. (14977)
114 Franklin Street
Clarksville, TN 37040
*Attorney for Plaintiffs*

2